UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **RICHARD HANSON,** | ) |
| **Plaintiff,** | ) |
| v. | ) Case No. 3:18-cv-00524 |
| | ) Judge Aleta A. Trauger |
| **JOHN MCBRIDE and JAM PRODUCTIONS d/b/a BLACKBIRD STUDIOS,** | ) |
| **Defendants.** | ) |

## ORDER

For the reasons explained in the accompanying Memorandum, Richard Hanson's Motion for Liquidated Damages [or] Prejudgment Interest (Doc. No. 88) is hereby **GRANTED** in part and **DENIED** in part. Hanson's Motion for Attorney's Fees (Doc. No. 91) is **GRANTED** and the defendants are **ORDERED** to pay Hanson attorney's fees in the amount of $194,987.50, plus postjudgment interest. The Judgment of February 14, 2020 (Doc. No. 85) is hereby **AMENDED** as follows: Hanson is entitled to prejudgment interest in the amount of $3,984.63. The Judgment is otherwise unchanged.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
United States District Judge